UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RYAN T. CARLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:23-cv-00233-JAW |
| v. | ) | |
| | ) | |
| R. CHRISTOPHER ALMY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on June 8, 2023, his Recommended Decision. *Recommended Decision After Review of Compl.* (ECF No. 5). On June 13, 2023, Ryan Carleton filed his objection. *Obj. to Report and Recommended Decision* (ECF No. 6). The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court therefore AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 5) and thereby DISMISSES Mr. Carleton's Complaint (ECF No. 1).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of June, 2023